# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

3333 CANAL STREET, LLC,

    Plaintiff,

v.                              Case No.   3:21-cv-693-MMH-LLL

BEACON SALES ACQUISITION,
INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 61; Stipulation) filed on March 29, 2022.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear their own costs and attorneys' fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of March, 2022.

                                          MARCIA MORALES HOWARD
                                          United States District Judge

ja

Copies to:

Counsel of Record